UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHN A. JOSEPH, IV<br>(Social Security No. XXX-XX-5795),<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security Administration,<br><br>　　　　　　Defendant. | 2:11-cv-25-WGH-JMS |

## FINAL JUDGMENT ENTRY

The final decision of the Commissioner in this case is **AFFIRMED**. The Plaintiff's Complaint is **DISMISSED**. Each party shall bear its own costs.

**Entered:** January 4, 2012

Laura A. Briggs, Clerk

BY: _____
　　Deputy Clerk, U.S. District Court

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

Larry J. Schad
SCHAD & SCHAD
lschad@schadlaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov